S. LANE TUCKER
United States Attorney

C. CODY TIRPAK
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: cody.tirpak@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>JALEN JOSEPH BAKER,<br><br>    Defendant. | No. 3:24-cr-00113-SLG-MMS<br><br>COUNT 1:<br>FELON IN POSSESSION OF A FIREARM<br> Vio. of 18 U.S.C. §§ 922(g)(1) and 924(a)(8)<br><br>COUNT 2:<br>POSSESSION OF A FIREARM AT A SCHOOL ZONE<br> Vio. of 18 U.S.C. §§ 922(q)(2)(A) and 924(a)(4)<br><br>CRIMINAL FORFEITURE ALLEGATION:<br> 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(a) |

INDICTMENT

  The Grand Jury charges that:

## COUNT 1

On or about September 23, 2024, within the District of Alaska, the defendant, JALEN JOSEPH BAKER, knowing that he had previously been convicted by any court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, to wit: a Sig Sauer pistol.

### Convictions

| Conviction Date | Offense | Court | Case No |
|---|---|---|---|
| August 26, 2022 | Assault in the Third Degree | State of Alaska | 3AN-21-07698CR |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## COUNT 2

On or about September 23, 2024, within the District of Alaska, the defendant, JALEN JOSEPH BAKER, knowingly possessed a firearm that has moved in and that otherwise affects interstate and foreign commerce at a place that he knew, or had reasonable cause to believe, is a school zone, to wit: a Sig Sauer pistol.

All of which is in violation of 18 U.S.C. § 922(q)(2)(A) and 924(a)(4).

## CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

Upon conviction of the offense in Count 1 of this Indictment, the defendant, JALEN JOSEPH BAKER, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) any firearms and ammunition involved in knowing violation of the offense, including but not limited to:

1. A Sig Sauer semiautomatic pistol, 9mm caliber, serial number M18A074866; and

2. any and all associated magazines and ammunition.

All pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and rule 32.2(a), Federal Rule of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ C. Cody Tirpak
C. CODY TIRPAK
Assistant U.S. Attorney
United States of America

s/ S. Lane Tucker
S. LANE TUCKER
United States Attorney
United States of America

DATE: 10/15/24