**UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>JALEN JOSEPH BAKER,<br><br>Defendant. | Case No. 3:24-cr-00113-SLG-MMS-1<br><br>**ORDER**<br>**FINDING RESTORATION TO COMPETENCY** |

This matter comes before the Court on the issue of the defendant, Jalen Baker's, competency to stand trial. On February 12, 2025, this Court, pursuant to 18 U.S.C. § 4241, ordered that the Defendant be evaluated for his competency to stand trial [Dkt 29].

The defendant was subsequently evaluated, and it was concluded that he was not competent to stand trial [Dkt. 38]. A similar finding was made in the Defendant's State of Alaska case, and he underwent restoration of competency treatment at the Alaska Psychiatric Institute.

The Court has now received and reviewed the forensic psychological/psychiatric report from Dr. Lesley Kane, Psy.D. dated July 13, 2025 [Dkt. 41]. The Court has also considered the arguments of counsel and, if applicable, the testimony presented at the hearing on this matter held on August 7, 2025 [Dkt. 46].

Based on the forensic report and all evidence before the Court, the Court finds by a preponderance of the evidence that the defendant has been restored to competency to stand trial. The Court finds that the defendant now possesses a sufficient present ability to

consult with his attorney with a reasonable degree of rational understanding and has a rational as well as factual understanding of the proceedings against him/her.

**IT IS THEREFORE ORDERED, that**:

1. The defendant, JALEN BAKER is hereby found restored to competency to stand trial within the meaning of 18 U.S.C. § 4241.
2. The criminal proceedings against the defendant shall resume.
3. The Clerk of Court is directed to set this matter for a status conference before the assigned District Judge.

DATED at Anchorage, Alaska, this 20th day of August, 2025.

MATTHEW M. SCOBLE
Chief United States Magistrate Judge